# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, J.P. LISIECKI**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**TALIK S. WISE**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201300466**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 27 August 2013.
**Military Judge**: LtCol Michael Geffroy, USMC.
**Convening Authority**: Commander, Marine Corps Base, Quantico, VA.
**Staff Judge Advocate's Recommendation**: Maj T.H. Campbell, USMC.
**For Appellant**: CDR Christopher Roper, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**27 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court